**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Luis Enrique SANCHEZ-CASTRO,
Defendant-Appellant.**

No. 17-6223

United States Court of Appeals,
Fourth Circuit.

Submitted: June 20, 2017

Decided: June 23, 2017

Luis Enrique Sanchez-Castro, Appellant Pro Se. Robert Michael Hamilton, Harry L. Hobgood, Angela Hewlett Miller, Assistant United States Attorneys, Randall Stuart Galyon, OFFICE OF THE UNIT-

ED STATES ATTORNEY, Greensboro, North Carolina, for Appellee.

Before SHEDD, WYNN, and DIAZ, Circuit Judges.

PER CURIAM:

Luis Sanchez-Castro appeals from the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for reduction of his sentence based on Amendment 782 to the U.S. Sentencing Guidelines Manual. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Sanchez-Castro*, No. 1:13-cr-00086-TDS-1 (M.D.N.C. Jan. 23, 2017). We deny Sanchez-Castro's motion for transcripts at government expense, and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*